UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| G. YVONNE STEPHENS, LARRY K. ALEXANDER, and JOHN HEDBACK, Trustee of the Bankruptcy Estate of G. Yvonne Stephens, | Civil No. 06-693 (PJS) |
| Appellants, | ORDER |
| v. | |
| MARY JO A. JENSEN-CARTER, Trustee of the Bankruptcy Estate of Larry K. Alexander, | |
| Appellee. | |

---

G. Yvonne Stephens, PRO SE, appellant.

Larry K. Alexander, PRO SE, appellant.

John Hedback, HEDBACK ARENDT & CARLSON, attorney for appellant John Hedback, Trustee of the Bankruptcy Estate of Larry K. Alexander.

Michael J. Iannacone, III, IANNACONE LAW OFFICE, attorney for appellee.

Upon further consideration, it is hereby ORDERED that the hearing in this case currently scheduled for January 24, 2007 at 9:30 a.m is CANCELED.  The Court will decide this bankruptcy appeal based on the papers that have been filed to date.

Dated:  January  17 , 2007                     s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge